## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:18-CV-00049-JRG-RSP |
| FOSSIL GROUP, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 51) by Magistrate Judge Payne, which recommends that Defendant Fossil Group, Inc.'s motion to dismiss (Dkt. No. 20) be denied. No party has objected to the Report & Recommendation.

Having reviewed Magistrate Judge Payne's Report & Recommendation, Fossil's motion and reply (Dkt. No. 27) and the Freenys' response (Dkt. No. 25) and sur-reply (Dkt. No. 28), the Court concludes that the Report & Recommendation (Dkt. No. 51) is correct and is hereby **ADOPTED**. Accordingly, Fossil's motion to dismiss (Dkt. No. 20) is **DENIED**.

So ORDERED and SIGNED this 7th day of March, 2019.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE